**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-cv-23469-BLOOM/Elfenbein**

SAUL CIMBLER,

     Plaintiff,

v.

ELEVENTH JUDICIAL CIRCUIT
OF FLORIDA, *et al.*,

     Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon Plaintiff Saul Cimbler's Verified Complaint for Declaratory and Injunctive Relief against Defendants, the Eleventh Judicial Circuit of Florida, the Honorable Migna Sanchez Llorens, the Honorable Ariana Fajardo Orshan, and Aileen Simpson ("Complaint"). ECF No. [1]. The matter was assigned to Magistrate Judge Marty Elfenbein pursuant to Administrative Order 2025-11. Because Judge Elfenbein did not possess authority to issue a dispositive order in this case, she issued a Report and Recommendation recommending that Plaintiff's Complaint be dismissed without prejudice because Plaintiff did not serve Defendants within the time required by Federal Rule of Civil Procedure 4(m) or within the extensions granted by the Court. ECF No. [19].

The Report and Recommendation advised the parties they had "fourteen (14) days from the date of being served with a copy of th[e] Report and Recommendation within which to file written objections, if any, with the assigned United States District Judge." *Id.* To date, the parties have not filed objections, nor have they sought additional time to file objections. Nonetheless, the Court has conducted a *de novo* review of Judge Elfenbein's Report and Recommendation, the

Case No. 25-cv-23469-BLOOM/Elfenbein

record, and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds Judge Elfenbein's Report and Recommendation to be well reasoned and correct. The Court therefore agrees with the analysis and concludes that Plaintiff's Complaint is dismissed without prejudice.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Report and Recommendation, **ECF No. [19]**, is **ADOPTED**.

2. Plaintiff's Complaint, **ECF No. [1]**, is **DISMISSED WITHOUT PREJUDICE** as to all Defendants.

3. All pending motions are **DENIED AS MOOT**.

4. The Clerk of Court shall **CLOSE** this case.

**DONE and ORDERED** in Chambers in Miami, Florida, on March 31, 2026.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of record

2